JOSEPH, INC., Respondent, *v.* ALBERTI, CARLETON & Co., INC., et al., Appellants.

(Argued June 11, 1929; decided July 11, 1929.)

*Frederick M. Thompson* for appellants.

*David L. Podell* and *Benjamin Algase* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and HUBBS, JJ. Dissent: KELLOGG and O'BRIEN, JJ.